(Form to be used by federal prisoners filing a civil action under 28 U.S.C. § 1331, civil action under 28 U.S.C. § 1346, or a Bivens action)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Charlie Terry, # 50855-056 )
)
          Plaintiff, )  Civil Action No. 2:25-cv-1912-JD-MGB
)
)
)
)
)  Complaint : 28 U.S.C. §1331
vs. )
)
Warden Graham, (FNU) )
)
Captain Wallar, (FNU) )
)          MAR 17 '25 AM 10:22
Officer Lasters, (FNU) )          RCV'D - USDC FLO SC
)
          Defendant'as )

(Enter above the full name of each defendant in this action. Do not use "et al.")

I.    PREVIOUS LAWSUITS:

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? ☐Yes ☒No

    B.    If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper the same size as this one, and give the same information about the additional case of cases.)

        1.    Approximate date of filing lawsuit: _____

        2.    Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.    Court: (If federal, name the district; if state, name the county.)

            _____

        4.    Docket Number: _____

        5.    Name of Judge to whom case was assigned: _____

1

6.    Disposition: (Was the case dismissed? appealed? still pending?)

_____

_____

_____

_____

7.    Approximate date of disposition: _____

II.    PLACE OF PRESENT CONFINEMENT: __FCI-Williamsburg, 8301 Highway 521__
__P.O. Box 340, Salters, S.C. 29590_____

A.    Did you present the facts relating to your present complaint in the internal prison grievance procedure? ☒ Yes ☐ No

1.    If your answer to "A" above is "Yes," what was the result?

__Denied/ Nothing was done._____

_____

_____

_____

2.    If your answer to "A" above is "No," explain.

_____

_____

_____

_____

B.    Did you present your claim to the Federal Bureau of Prisons or other federal agency for administrative action? ☒ Yes ☐ No

1.    If your answer is "yes," state the date such claim was submitted and what action, if any, has been taken.
__Denied/nothing done    7/15/24_____

_____

_____

_____

2

2.   If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning your claim.

C.   Are you suing for a work-related injury? ☐ Yes ☒ No

If your answer is "Yes," state the nature of your duties you were performing when the injury occurred.

_____

_____

_____

_____

## III.   PARTIES TO THIS SUIT:

A.   Name and address of each plaintiff (please include prison number):

Charlie Terry, Reg. No. 50855-056, FCI-Williamsburg

8301 Highway 521, P.O. Box 340 Salters, S.C. 29590

_____

_____

_____

B.   Full name of each defendant, his or her official position, his or her place of employment, and his or her full mailing address.

Defendant # 1:
Warden Graham, (FNU•) FCI-Williamsburg, 8301 Highway 521
P.O. Box 220, Salters, S.C. 29590

Defendant # 2:
Captain Wallar, (FNU) FCI-Williamsburg, 8301 Highway 521
P.O. Box 340 220, Salters, S.C. 29590

Defendant # 3:
Officer Lasters, (FNU), FCI-Williamsburg, 8301 Highway 521
P.O. Box 220, Salters, S.C. 29590

Defendant # 4:

_____

_____

IV. STATEMENT OF CLAIM:

To set the stage for the complaint: On 10/01/2023 inmate Julius Knox Reg. No. 16107-032 after smoking (K2) jumped head first over the top tier rail and was released back in general population.

On 10/01/2023, inmate Julius Knox after smoking (K2) begin having "psychotic hullicinations"!! He looked at Plaintiff and said that Plaintiff had given him AIDS, then started running and screaming then dived onto the floor in front of cell # 330, then started swimming like he was in a pool, while still screaming. Inmate Knox held on to the bottom of the stairs and beat his head against the steps. There was no officer present on the tier at this time, and it took the assistance of other inmates to help him get up. Then they took him to his cell to help calm him down.

Knox, subsequently dashed out of his cell (306), then run up the steps to Plaintiff's cell # 406 where Plaintiff was getting ready for work and said something that Plaintiff could not understand. Knox then grabbed Plaintiff from behind and put him in a "Chokehold." Inmate Knox then wraps his legs around Plaintiff waist and begins to choke Plaintiff until they both fell to the floor. Plaintiff began to lose consciousness, the unit officer was still missing from hhis post. Plaintiff began to panic and knew that if he didn't fight for his life Knox was going to strangle Plaintiff to death. Officer Lasters had been gone from his post for over 30 minutes.

Due to this incident, Plaintiff was subsequently placed in SHU where he appeared before the DHO (Disciplinary Hearing Officer)and thereafter found guilty of fighting with another

4.

IV     STATEMENT OF CLAIM CONTINUED:

person.

The DHO informed Plaintiff that he was being found guilty because he was not supposed to fight back. That he was to wait for an officer to get the attacker off him. Again the officer had abandoned his post for over 30 minutes. The DHO stated I understand, but a Rule is a Rule and that she didn't make them. She also stated that Plaintiff had other 201 incident reports in his files which had absolutely nothing to do with the instant case.

During this incident Plaintiff sustained two injuries, (1) on the left side of his neck and (2) at the bottom of his back where Knox had him bent backwards.

This unprovoked attack has left Plaintiff with serious mental issues,: Plaintiff's mental state is Paranoid and Schrophrenic, he can't sleep. His whole mental state has been overwhelming since being attacked by inmate Knox. Plaintiff's health is declining he don't get many hours of sleep. With Plaintiff being surrounded by so many inmates that's under the influence, he feels that his safety is at risk at all times. Plaintiff's quality of life has been jeopardized due to all the complications he received from being attacked he's starting to deterate because he can't think in a normal fashion anymore, due to his mental capacity. Plaintiff's been seeking help from psychology and medical to receive the help thats required for his injuries. Inmate Knox is 6.2" 270 lbs. Plaintiff is 5.8" 163 lbs. When a person is under the influence and not in there right frame of mind, the have the strenth of 2 people. So imagine the strenth that Plaintiff was fighting to save

5.

IV    STATEMENT OF CLAIM CONTINUED:

his life, and the size. Plaintiff is suffering Physically and Mentally. For something that unavoidable had the officer been on his post. Had this administration been doing thir jobs this incident would never have happened, and their failure has placed all inmates and staff in jeopardy of being attacked by (K2) smokers, in fact one staff member has already been attacked "Ms Haze (Unit Manager).

Defendant:

Warden Graham, is responsible for the protection and safety of the inmates under his supervision at FCI-Williamsburg his employees who act in gross negligence and wanton matter inter alia allowing uncontrolled drug influx and use in this correctional facility, and a failure to provide protection and security for the plaintiff and his failure to adequately train and supervise his employees which was solely responsible for the vicious attack on plaintiff's life.

Defendant:

Captain Wallar, acting under Warden Graham is over security at FCI-Williamsburg and responsible for the protection and safety of the inmates and institution under his supervision his staff who acted in a negligent gross negligent and willful wanton manner, inter alia allowing uncontrolled drug influx and the use in this correctional facility and his failure to provide protection and security for plaintiff and failed to adequately train and supervise the staff which was solely responsible for the vicious attack on Plaintiff's life.

Defendant:

5(a)

IV  STATEMENT OF CLAIM CONTINUED:

Officer Lasters, was assigned to Housing Unit 1-A-Upper on May 26, 2024 p.m.. However, "[a]t no time before or during the attack was officer Lasters on or around his asigned post." Instead he intentional[ly], knowing[ly] ["abandonded his post"] Officer Lasters abandonded his post and was nowhere around at the time of the incident." If Officer Lasters had been on his post he was assigned, he would've been able to help plaintiff from this vicious attack.

There is no excuse for Officer Lasters abandonding his post and leaving unattended the inmates he was in charge of supervising which placed inmates in potential danger. It should also be noted that Officer Lasters is no longer employed here at FCI-Williamsburg.

To get back to the DHO finding Plaintiff guilty of fighting with another person in violation of Code 201 and sanctioned to: 201 (Freq-1) DIS GCT-27 days; 201 (Freq-1) LP Comm 1 month. for simply preventing an inmate having a psychotic episode from smoking (K2) from killing Plaintiff.

****NOTE****

The charge, the finding of guilt in protecting his self when the administration failed to do their jobs to protect Plaintiff is a violation of Article III of the "Universal Declaration of Human Rights." Which states: "Everyone has the "Rights" to Life, Liberty and Security of Person." These "Rights" we the inmates can never "waive!!!" nor can any government entity prohibit." Therefore, the charge and finding of guilt are patently illegal and unconstitutional and must be "Expunged" immediately and all

5(b)

sanctions lifted.

We currently have a "Drug Pandemic" here at FCI-Williamsburg with inmates attacking other inmates and staff due to this administrations failure to prevent the influx and use of these mind altering drugs. When an inmate assaults another inmate he is subsequently released back in general population to continue his drug use and assaults when these individuals should be placed in a seperate unit requiring drug rehabilitation before being released back into general population. However, this administration has failed to do anything, allowing all staff and inmates to be subjected to physical assaults from drug users. administration has failed the inmates and staff and essentially placed all inmates and staff jeopardy of being assaulted by a drug user.

This court must act in order to save the inmates from this abuse and unwarranted sanctions for defending their lives from drug users having psychotic episodes.

Relief:

Plaintiff is seeking punitive damages due to his mental and physical injuries. He's also asking to be compensated in the SUM CERTAIN amount of $20,000,000. due to his injuries.     for officer Lasters lack of expierence and for abandoned his assigned post for over 30 minutes, putting Plaintiff's life in grave danger. Plaintiff almost lost his life. He also asks that the Court issue and Order of Expungment of the Incident Report, and an Order declaring that Plaintiff has a Right to Defend Himself from a Vicious Attack from a drug induced psychotic inmate who is attampting to kill Plaintiff in front of witnesses.

5(c).

V.    RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

       Plaintiff is seeking punitive damages due to his mental and physical injuries. He's also asking to be compensated in the SUM CERTAIN amount of $20,000,000, due to his injuries. Also for Officer Lasters lack of expierence and for abandoning his post for over 30 minutes, putting Petitioner's life in Grave Danger. Petitioner almost lost his life. He also ask that the Court issue an Order of "Expungment" of the incident report, and an Order declaring that Petitioner has a constitutional right to defend himself from a vicious attack from a drug induced psychotic inmate attempting to kill him infront of witnesses.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
(Signature of plaintiff)

Signed this __MARCH__ day of __17__ , 20__25__ .
              (date)                  (month)         (year)

6