(Form to be used by federal prisoners filing a civil action under 28 U.S.C. § 1331, civil action under 28 U.S.C. § 1346, or a Bivens action)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Charlie Terry, Reg. 50855-056 )
                               )
        Plaintiff,             )    Civil Action No. 2:25-cv-01912-JD-MGB
                               )    _____
                               )
                               )
                               )
                               )    Complaint
    vs.                        )    42 U.S.C. § 1983; 28 U.S.C.
                               )    § 1331 and 1343 (a)(3):
Warden Graham; Captain Wallar; )
and Officer Lasters; Are sued  )
in theit official and individual)   Venue is proper under 28
capacity:                      )    U.S.C. § 1391 (b)(2):
                               )
    Defendant's.               )
                               )

(Enter above the full name of each defendant in this action. Do not use "et al.")

I.    PREVIOUS LAWSUITS:

   A.    Have you begun other lawsuits in state or federal court dealing with the same facts
         involved in this action or otherwise relating to your imprisonment? ☐Yes ☒No

   B.    If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more
         than one lawsuit, describe the additional lawsuits on another piece of paper the same size
         as this one, and give the same information about the additional case of cases.)

         1.    Approximate date of filing lawsuit: _____

         2.    Parties to previous lawsuit:

               Plaintiff(s) _____

               Defendant(s) _____

         3.    Court: (If federal, name the district; if state, name the county.)

               _____

         4.    Docket Number: _____

         5.    Name of Judge to whom case was assigned: _____

1

6.  Disposition: (Was the case dismissed? appealed? still pending?)

_____

_____

_____

_____

7.  Approximate date of disposition: _____

II.  PLACE OF PRESENT CONFINEMENT: __FCI-Williamsburg, 8301 U.S.__

Highway 521, P.O. Box 340, Salters, S.C . 29590

A.  Did you present the facts relating to your present complaint in the internal prison grievance procedure? ☒ Yes ☐ No

1.  If your answer to "A" above is "Yes," what was the result?

__Denied_____

_____

_____

_____

2.  If your answer to "A" above is "No," explain.

_____

_____

_____

_____

B.  Did you present your claim to the Federal Bureau of Prisons or other federal agency for administrative action? ☒ Yes ☐ No

1.  If your answer is "yes," state the date such claim was submitted and what action, if any, has been taken.

_____

_____

_____

_____

_____

2. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning your claim.

C. Are you suing for a work-related injury? ☐ Yes ☒ No

If your answer is "Yes," state the nature of your duties you were performing when the injury occurred.

_____

_____

_____

_____

III. PARTIES TO THIS SUIT:

A. Name and address of each plaintiff (please include prison number):

Charlie Terry Reg. No. 50855-056, FCI-Williamsburg, Salters

S.C. 29590

_____

_____

_____

B. Full name of each defendant, his or her official position, his or her place of employment, and his or her full mailing address.

Defendant # 1:
Warden Graham (FNU) 8301 Highway 521, P.O. Box 220, Salters,
S.C. 29590                    (FCI-Williamsburg)

Defendant # 2:
Captain Wallar (FNU) 8301 Highway 521, P.O. Box 220, Salters
S.C. 29590                    (FCI-Williamsburg)

Defendant # 3:
Officer Lasters (FNU) 8301 Highway 521, P.O. Box 220, Salters
S.C. 29590                    (FCI-Williamsburg

Defendant # 4:
_____

_____

## IV.  STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages the same size as this page if necessary.)

Eighth Amendment Violation

Defendant:
    Warden Graham, He is legally responsible for the operation of FCI-Williamsburg and for the welfare of all the inmates in that institution.

Defendant:
    Captain Wallar,, He is legally responsible for safety and security and operations of FCI-Williamsburg and for the welfare of all the inmates in that institution.

Defendant:
    Officer Lasters, who at all times mentioned in this complaint, held the rank of correctional officer and was assigned to Unit 1-A-Upper.

Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of federal law. Falure to protect from inmate assault.

Facts

To set the stage for the complaint: On 10/01/2023 inmate Julius Knox Reg. No. 16107-032 after smoking (K-2) jumped head first over the top tier rail and was released back in general population. 5/3/2024

On ~~10/01/2023~~, inmate Julius Knox, after smoking (K2) begin having "psychotic hullicination," He looked at Plaintiff and said that Plaintiff had given him AIDS, then started running and screaming THEN ~~then~~ dived onto the floor in front of cell # 330 then started swimming like he was in a pool, while still screaming. Inmate Knox held on to the botom of the stairs and beat his head against the steps. There was no officer

4

IV.  STATEMENT OF CLAIM (continued)

present on the tier at this time, and it took the assistance of inmates to help get him up then they took him to his cell to help calm him down.

Knox, subsequently dashed out of his cell (306), then run up the steps to Plaintiff's cell # 406 where Plaintiff was getting ready for work and said something that Plaintiff could not understand. Knox then grabbed Plaintiff from behind and put him in a "Chokehold," Inmate Knox then wraps his legs around Plaintiff's waist and begins to choke Plaintiff until the both fell to the floor. Plaintiff began to lose consciousness, the unit officer was still missing from his post. Plaintiff began to panic and knew that if he ↑fight for life Knox was going to [DIDNT] strangle Plaintiff to death. Officer Lasters had been gone from his post for over 3o minutes.

Due to this incident, Plaintiff was subsequently placed in SHU where he appeared before the DHO (Disciplinary Hearing Officer) and subsequently found guilty of fighting with another person.

The DHO informed Plaintiff that he was being found guilty because he was not supposed to fight back. That he was to wait for an officer to get the attacker off him. Again the officer had abandoned his post for over 30 minute. The DHO stated I understand, but a Rule is a Rule and that she didn't make them. She also stated that Plaintiff had other 201 incident reports in his files which had absolutely nothing to do with the instant case.

5

IV.   STATEMENT OF CLAIM

During this incident Plaintiff sustained two injuries,(1) on the left side of his neck and (2) at the bottom of his back where Knox had him bent backwards.

This attack has left Plaintiff with serious mental issues. Plaintiff has had a hard time being around other inmates because so many inmates are smoking (K@) K-2, he's real jimpy and keps KEEPS lashing out at other inmates when they come around him because he doesn't know if he's going to be attacked again. Had this administration been doing their job this incident would never had happened, their failure has placed all inmates and staff in jeopardy of being attacked by (K2) smokers, in fact one staff member has already been attacked (Case Manager Ms. Hayes).

Defendant: Warden Graham:

Warden Graham, is responsible for the protection and safety of the inmates under his supervision who "act" in a Gross Negligent and wanton manner, .alia allowing uncontrolled drug influx and use in this correctional facility, and a failure to provide protection and security for the plaintiff, and his failure to adequately train and supervise his employees which was solely responsible for the vicious attack on plaintiff's life.

Defendant: Captain Waller:

Captain Waller⸴ acting under Warden Graham is over security at FCI-Williamsburg and responsible for the protection and safety of the inmates and institution under his supervision, his staff who "acted" in a gross negligent and

5(a)⸴

IV.  STATEMENT OF CLAIM:

wilfull, wanton manner, inter alia allowing uncontrolled drug influx and the use in this correctional facility, and failure to provide protection and security for plaintiff and failed to adequately train and supervise the staff which was solely responsible for the attack on plaintiff's life.

Defendant: Officer Lasters:

Officer Lasters, was assigned to Housing Unit 1-A-Upper on May 26, 2024pm. However, "[at]t no time before of during the attack was officer Lasters on or around his assigned post." Instead he intentiona[ly], knowing[ly] ["abandoned his post] Officer :Lasters abandoned his post and was no where around at the time of the incident." If Officer Lasters had been on his post he was assigned, he would've been able to help plaintiff from this vicious attack.

There is no excuse for Officer Lasters abandoning his post and leaving unattended the inmates he was in charge of supervising which placed inmates in potential danger.

To bet back to the DHO finding Plaintiff guilty of fighting with another person in violation of Code 201 and sanctioned to: 201 (Freq-1) DIS GCT-27 days; 201 (Freq-1) LP Comm. 1 month for simply preventing an inmate haveing a psychotic episode from smoking K2 from killing me.

****NOTE****

"Everyone has the "Rights" to|| Life, Liberty and Security of Person, these rights can never be waived nor can any government entity prohibit. Plaintiff was forced to save his own life when the administration failed to do their jobs.

5(b).

IV.    STATEMENT OF CLAIM:

Therefore, the charge and finding of guilt are illegal and unconstitutional and must be expunged immediately and all sanctions lifted.

We currently have a drug pandemic here at FCI-Williamsburg, with inmates attacking other inmates and staff due to this administration's failure to prevent the influx and use of these mid altering drugs. When an inmate assaults another inmate he is subsequently released back into general population to continue his drug use and assaults on other inmates, when these individuals should be placed in a seperate unit requiring rehabilitation before being released back into population. However, this administration has failed to do anything allowing all staf and inmates to be subjected to physical assaults from drug users, and possible death.

This court must act in order to save the lives of inmates from this abuse. Staff refuse to protect inmates and when inmates protect themselves they are severally punished by the administration. This is an Eightth Amendment Violation against this individuals for failure to protect me from being attacked from another inmate. Staff knew there was a substantial risk myself and other inmates would be harmed and they failed to respond reasonably to protect me. in fact they never responded at all.

In sum, if this administration had provided the security as they are required to do when inmate Knox first tried to kill himself by jumping over the top tier rail head

5(c).

IV.    STATEMENT OF CLAIM:

first then this incident would not have happened to me, also if Officer Lasters had not abandoned his post for such a long time, I wouldn't have gotten hurt, I could have lost my life..

Wherefore based on this administrations failure to train its staff in dealing with inmates experiencing drug episodes creating violent attacks on other inmates, and not leaving their post when dealing with K2 junkies, and failure to protect me from a violent drug user creating severe injuries and mental issues, I am asking that I be compensated in the Sum Certain Amount of $20,000,000. Million because of my injuries, MENTAL, PUNITIVE DAMAGES, PHYSCIAL, COMPENSATORY DAMAGES.

5(d).

V.     RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Administration's Eighth Amendment violation for failure to protect me from being attacked by another inmate in violation of the Supreme Court's decision in Farmer v. Brennen, 511 U.S., 825 (1994), which caused Plaintiff severe injuries and damages therefrom, he ask this court to rule that Plaintiff had a right to defend his himself from being killed from the attack of another inmate, when the prison administration refused to do. He also ask that he be compensated in the Sum Certain amount of $20,000,000. Million for the severe injuries and pain he suffered as a result of, I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
                                               (Signature of plaintiff)

Signed this _____6_____ day of __6/23_____, 20_25_.
              (date)                    (month)              (year)

6